UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:07CV3341 |
| | ) |
| | ) CHRISTOPHER A. BOYKO |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGMENT |
| | ) |
| | ) |
| LINDA M. GRAYS, | ) |
| | ) |
| Defendant. | ) |

The Court has entered Default Judgment in favor of Plaintiff, United States of America, and against Defendant, Linda M. Grays, in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: 2/21/08

_____
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE